IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHERMICIA WALKER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FROM THE HEART ENTERPRISES INCORPORATED, BARBARA RANDALL, and SHELLEE JOHNSON,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:14-CV-0796-AT |

## NOTICE OF FILING

Please take notice of the filing of Defendants' *Certificate of Consent to Withdrawal of Counsel*, filed pursuant LR 83.1(E), NDGa.

Respectfully submitted: February 27, 2015.

| | |
|---|---|
| | s/ John Mays |
| MAYS & KERR LLC | John L. Mays, Esq. |
| 235 Peachtree Street NE | Georgia Bar No. 986574 |
| North Tower \| Suite 202 | Jeff Kerr, Esq. |
| Atlanta, Georgia 30303 | Georgia Bar No. 634260 |
| Telephone:  (404) 410-7998 | |
| Facsimile:  (404) 855-4066 | |
| john@maysandkerr.com | |
| jeff@maysandkerr.com | Counsel for Defendants |

## CERTIFICATE OF SERVICE

I certify that on February 27, 2015, I filed the foregoing *Certificate of Consent to Withdrawal of Counsel* via CM/ECF, which will automatically send notification of such filing to Plaintiffs' counsel, Alec MacInnes (amacinnes@moldenholley.com) and Regina Molden (rmolden@moldenholley.com), and served copy of the same on Defendants From The Heart Enterprises Incorporated, Barbara Randall, and Shellee Johnson via U.S. Mail at 4675 Mink Livsey Road, Snellville, Georgia 30039.

s/John L. Mays