IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHERMICIA WALKER, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:14-CV-0796-AT |
| FROM THE HEART ENTERPRISES INCORPORATED, BARBARA RANDALL, and SHELLEE JOHNSON, | |
| Defendants. | |

**CERTIFICATE OF CONSENT TO WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.1(E), the undersigned Defendants From the Heart Enterprises, Inc.; Barbara Randall; and Shellee Johnson ("Defendants"), hereby consent to the withdrawal of John L. Mays and Jeff Kerr of the law firm of MAYS & KERR LLC ("Counsel") as Defendants' attorneys of record, and that we have received notice of the following:

    1.    Counsel wishes to withdrawal as attorneys of record for Defendants in the above-styled action.

    2.    The name, address, and telephone number for the Clerk in above-styled action is:

1

>James N. Hatten
>Richard B. Russell Federal Building and Courthouse
>75 Spring Street, SW
>2211 U.S. Courthouse
>Atlanta, GA 30303-3361
>Tel. (404) 215-1660 (general information)
>Tel. (404) 215-1437 (Judge Totenberg's Courtroom Deputy)

3. The Court shall retain jurisdiction of this action notwithstanding Counsel's withdrawal.

4. Upon Counsel's withdrawal, Defendants will have the obligation to keep the Court informed respecting where notices, pleadings, or other papers may be served.

5. Defendants shall also have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set.

6. Failure or refusal to meet the burdens set forth in paragraphs 4-5 above may result in adverse consequences.

7. The date of any scheduled proceedings, including trial, and the holding of any such proceedings will not be affected by withdrawal of Counsel.

8. Service of notices may be made upon Defendants' last known addresses.

*Signatures on following page*

Dated:   February 23, 2015.

2

*Barbara Randall*
Barbara Randall, for From the Heart Enterprises, Inc.

*Barbara Randall*
Barbara Randall, individually

*Shellee Johnson*
Shellee Johnson, individually

3